Reviewed 8/17/21. MAS.

# Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

P.O. Box 173
Montgomery, AL 36101-0173
PHONE 334-262-8371 • FAX 334-262-8599

#60166624

SABRINA L. MCKINNEY
TRUSTEE

BETH PEEK
ASSISTANT TRUSTEE

August 11, 2021

United States Bankruptcy Court
Clerk of the Court
Post Office Box 1248
Montgomery, Alabama 36192

RE: Report of Unclaimed Funds

Dear Clerk of the Court:

The following Chapter 13 cases have been closed by Order of the Court; however, certain funds of the estates have been unpaid. Enclosed is check #3396501 for $10,209.52 representing those unpaid funds. Pursuant to Rule 3011 of the Rules of the Bankruptcy Procedure, below is an itemized listing of the names and addresses of those creditors, or debtors, not receiving full payment or refund, under the plans (due to checks not being negotiated).

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| LYNN MARIE PARKER<br>15-81400-BPC | SELECT PORTFOLIO SERVICING INC<br>ATTN REMITTANCE PROCESSING<br>P O BOX 65450<br>SALT LAKE CITY, UT, 84165-0450 | $95.50 |
| NANCY K PALOMBI<br>15-33602-WRS | NANCY K PALOMBI<br>123 OAKLAND DR<br>PRATTVILLE, AL, 36067 | $74.80 |
| ERICA OSBORNE<br>16-30043-WRS | ERICA OSBORNE<br>5727 CALMAR DR APT 1<br>MONTGOMERY, AL, 36116 | $156.76 |
| KELVIN R THORINGTON<br>DIANNE Q THORINGTON<br>16-30255-WRS | KELVIN R THORINGTON<br>DIANNE Q THORINGTON<br>4365 MCINNIS RD<br>MONTGOMERY, AL, 36116 | $1,435.55 |
| TIMOTHY THOMPSON<br>16-80251-BPC | TOWER LOANS OF OPELIKA<br>P O BOX 4216<br>OPELIKA, AL, 36801 | $47.62 |
| DEANGELO WILLIS<br>16-80280-BPC | DEANGELO WILLIS<br>515 FOX RUN 7D<br>OPELIKA, AL, 36801 | $6.22 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| ANNIE MAE WILLIAMS<br>16-10793-BPC | GREEN VALLEY CASH<br>P O BOX 615<br>HAYS, MT, 59527 | $20.27 |
| BETTY JOYCE PARKER<br>16-11023-BPC | LAWRENCE ADAMS<br>4207 COUNTY RD 27<br>BANKS, AL, 36005 | $108.00 |
| TERRANCE LARK<br>TIFFINE LARK<br>16-31657-WRS | TERRANCE LARK<br>TIFFINE LARK<br>5937 OAKLEIGH RD<br>MONTGOMERY, AL, 36116 | $3.21 |
| MONICA R VANDIVER<br>16-31749-WRS | MONICA R VANDIVER<br>P O BOX 210686<br>MONTGOMERY, AL, 36121 | $158.98 |
| PAUL T QUIER<br>16-11248-BPC | EXETER FINANCE LLC<br>P O BOX 650598<br>DALLAS, TX, 75265-0598 | $141.30 |
| JOHN F FOSTER<br>16-11294-BPC | JOHN F FOSTER<br>285 GARLAND AVE<br>OZARK, AL, 36360 | $17.84 |
| ROSA ELLIS<br>16-32118-WRS | ROSA ELLIS<br>2745 CHEVY CHASE DR<br>MONTGOMERY, AL, 36107 | $88.00 |
| DANA FLOWERS<br>16-32218-WRS | DANA FLOWERS<br>275 RUDOLPH RD<br>HAYNEVILLE, AL, 36040 | $552.00 |
| LISA FAYE STROUD<br>16-32680-WRS | LISA FAYE STROUD<br>P O BOX 252<br>WETUMPKA, AL, 36093 | $60.00 |
| SHIRON K BROOKINS<br>16-33041-WRS | SHIRON K BROOKINS<br>3822 ROBBINS RD<br>MONTGOMERY, AL, 36109 | $57.99 |
| TODD LESHAWN COLVIN<br>16-33046-WRS | TODD LESHAWN COLVIN<br>1924 WYNDGATE LOOP<br>MONTGOMERY, AL, 36117 | $310.17 |
| ALYSIA R SHACKELFORD<br>16-33103-WRS | ALYSIA R SHACKELFORD<br>P O BOX 81<br>EQUALITY, AL, 36026 | $98.49 |
| WILLIE FRANK WALLACE JR<br>16-81658-BPC | ALABAMA IMAGING<br>C/O CLOUD WILLIS & ELLIS LLC<br>3928 MONTCLAIR RD STE 227<br>MOUNTAIN BROOK, AL, 35213 | $12.65 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| WILLIE FRANK WALLACE JR<br>16-81658-BPC | TOWER LOANS OF OPELIKA<br>P O BOX 4216<br>OPELIKA, AL, 36801 | $8.66 |
| CHARLOTTE RENEA ROPER<br>17-30139-WRS | CHARLOTTE RENEA ROPER<br>157 CO RD 38<br>JEMISON, AL, 35085 | $3.53 |
| TIFFANY LASHAWN MARSHALL<br>17-80100-BPC | SANTANDER CONSUMER USA INC<br>SERVICER FOR MID AMERICA BANK & TRUST<br>P O BOX 650760<br>DALLAS, TX, 75265-0760 | $34.16 |
| TYVIN L POWELL<br>17-30393-WRS | TYVIN L POWELL<br>537 S BETHLEHEM RD<br>RUTLEDGE, AL, 36071 | $22.13 |
| ANTHONY STEVEN WALKER<br>17-80511-BPC | ANTHONY STEVEN WALKER<br>3503 MARYN PKWY LOT 16<br>OPELIKA, AL, 36804 | $286.00 |
| NATILIE LAMPLEY<br>17-31208-WRS | NATILIE LAMPLEY<br>2125 BRIAR GATE DR<br>MONTGOMERY, AL, 36116 | $103.35 |
| VERONICA LOUISE SIMMONS<br>17-80831-BPC | VERONICA LOUISE SIMMONS<br>PAY TO THE ESTATE OF VERONICA LOUISE SIMMONS<br>502 ELM ST<br>TUSKEGEE, AL, 36083 | $2,858.13 |
| LINDA J CROSS<br>17-32412-WRS | LINDA J CROSS<br>634 STARHOPE CHURCH RD<br>LUVERNE, AL, 36049 | $69.94 |
| JERRELL CARDEN<br>17-32555-WRS | JERRELL CARDEN<br>372 DRIVER RD<br>DEATSVILLE, AL, 36022 | $6.38 |
| MELISSA D PRUITT<br>17-32832-WRS | MELISSA D PRUITT<br>3297 NOTESUGLA RD<br>TALLASSEE, AL, 36078 | $477.30 |
| JAMAL LAVAN DOATY<br>17-32887-BPC | JAMAL LAVAN DOATY<br>8449 CROSSLAND LOOP<br>MONTGOMERY, AL, 36117-7000 | $232.00 |
| DALANDON JERIOD CALLENS<br>18-30908-WRS | DALANDON JERIOD CALLENS<br>1328 CO RD 29<br>LOWNDESBORO, AL, 36752 | $3.56 |
| SHANAVIA QUENTWARIA SELLERS<br>18-32378-WRS | SHANAVIA QUENTWARIA SELLERS<br>1003 AUSTIN ST<br>WETUMPKA, AL, 36092 | $180.00 |

Document      Page 3 of 4

| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| EARL HARDY JR<br>18-81561-BPC | EARL HARDY JR<br>92 LEE RD 728<br>SMITH STATION, AL, 36877 | $66.00 |
| JASON V PREISTER<br>19-31134-BPC | JASON V PREISTER<br>5704 VILLAS LANE APT C<br>MONTGOMERY, AL, 36116 | $600.00 |
| DEBORAH LYNN SHOATES<br>19-31769-WRS | DEBORAH LYNN SHOATES<br>5685 EXPRESS DR B16<br>MONTGOMERY, AL, 36106 | $175.00 |
| TAMISHA MONEA MADDOX<br>19-33054-WRS | TAMISHA MONEA MADDOX<br>585 CO RD 148<br>UNION SPRINGS, AL, 36089 | $350.00 |
| TABITHA ANN BURGER<br>20-10183-WRS | TABITHA ANN BURGER<br>P O BOX 581<br>ASHFORD, AL, 36312 | $64.00 |
| CONSTANCE R WHEELER<br>20-30802-BPC | CONSTANCE R WHEELER<br>101 S BURBANK DR APT B27<br>MONTGOMERY, AL, 36117 | $390.00 |
| VALARIE DOUGLAS<br>20-31519-BPC | VALARIE DOUGLAS<br>3913 MARQUETTE DR<br>MONTGOMERY, AL, 36109 | $146.00 |
| RAVEN MOORE<br>20-31986-WRS | RAVEN MOORE<br>4301 WOODLEY SQUARE APT 112<br>MONTGOMERY, AL, 36116 | $520.30 |
| JOHNNY PICH<br>21-10079-BPC | JOHNNY PICH<br>824 ANDREWS AVE<br>OZARK, AL, 36360 | $167.73 |

This does certify that the information shown above is true and correct to the best of my knowledge and belief.

Sincerely,

*[signature]*

Sabrina L. McKinney
Chapter 13 Standing Trustee
SLM/BH